USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __9/10/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHATUR INC.,

Plaintiff,

-against-

CANARAS CAPITAL MANAGEMENT, LLC; SARANAC CLO MANAGEMENT, LLC; and U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as successor in interest to U.S. Bank National Association,

Defendants.

26 Civ. 5680 (AT))

**ORDER**

ANALISA TORRES, District Judge:

The parties' deadline to file a proposed case management plan and scheduling order was September 8, 2026. *See* ECF No. 17. No such proposal has been filed. Accordingly, by **September 24, 2026**, the parties shall file their proposed case management plan and scheduling order.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ANALISA TORRES
United States District Judge