USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __9/25/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHATUR INC.,

Plaintiff,

-against-

CANARAS CAPITAL MANAGEMENT, LLC; SARANAC CLO MANAGEMENT, LLC; and U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as successor in interest to U.S. Bank National Association,

Defendant.

No. 26 Civ. 5680 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court has reviewed the parties' proposed case management plan and scheduling order. The parties have proposed a deadline for fact discovery significantly exceeding 120 days. By **September 30, 2026**, the parties shall submit a brief joint letter to the Court explaining the unique complexities or other exceptional circumstances justifying extended fact discovery.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ANALISA TORRES
United States District Judge