UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ALPHATUR, INC.,

Plaintiff,

- against -

CANARAS CAPITAL MANAGEMENT LLC, SARANAC CLO MANAGEMENT LLC, and U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,

Defendants.

---------------------------------------------------------------X

26-CV-5680 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on November 24, 2026, after having reviewed the parties' joint letter at Dkt. 64 and hearing from the parties, the Court finds that the automatic stay applicable under the PSLRA, 15 U.S.C. 78u-4(b)(3)(B), applies, that the requirements for lifting the stay are not met, and that Defendants did not waive, by agreement or otherwise, their right to enforce the stay. Further, the Court finds that Plaintiff's securities fraud claims and contract claims share sufficient facts and relevant discovery, such that the automatic stay applies to bar discovery for the case in its entirety pending resolution of Defendants' motion to dismiss.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 64.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 24, 2026
New York, New York

Copies transmitted this date to all counsel of record.